# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>  Plaintiff,<br><br>  v.<br><br>LOPEZ, *et al.*,<br><br>  Defendants. | Case No. 1:19-cv-01462-NONE-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO RESCHEDULE DEPOSITION<br><br>(ECF No. 22)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Eddie Hamilton ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On May 28, 2020, the Court issued a Discovery and Scheduling Order setting the deadline for completion of all discovery for January 28, 2021. (ECF No. 20.)

Currently before the Court is Plaintiff's motion to reschedule his deposition, dated January 24, 2021 and filed with the Court January 27, 2021. (ECF No. 22.) In his motion, Plaintiff states that he has an attorney visit scheduled for January 27, 2021, the same date as his scheduled deposition. Plaintiff therefore requests that his deposition be rescheduled for a later date. (Id.)

As the Court did not receive Plaintiff's motion until the same date Plaintiff's deposition was to take place, and given that the discovery deadline has now expired, the Court finds it appropriate for Defendants to file a response to Plaintiff's motion. Defendants should advise the

Court as to whether Plaintiff's deposition proceeded as scheduled or if Defendants were unable to take Plaintiff's deposition.  If necessary, Defendants should advise whether they are seeking an extension of the discovery deadline to re-notice Plaintiff's deposition, and the length of the extension requested.

Accordingly, Defendants are HEREBY ORDERED to file a response to Plaintiff's motion to reschedule his deposition, (ECF No. 22), within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 28, 2021**            /s/ Barbara A. McAuliffe            _
UNITED STATES MAGISTRATE JUDGE

2