# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOPEZ, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:19-cv-01462-NONE-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RESCHEDULE DEPOSITION AS MOOT<br><br>(ECF No. 22) |

　　　　Plaintiff Eddie Hamilton ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

　　　　On May 28, 2020, the Court issued a Discovery and Scheduling Order setting the deadline for completion of all discovery for January 28, 2021. (ECF No. 20.)  On January 27, 2021, Plaintiff filed a motion to reschedule his deposition.  (ECF No. 22.)  As the Court did not receive Plaintiff's motion until the same date Plaintiff's deposition was to take place, and given that the discovery deadline had expired, the Court directed Defendants to file a response to Plaintiff's motion advising the Court as to whether Plaintiff's deposition proceeded as scheduled or if Defendants were unable to take Plaintiff's deposition.  (ECF No. 23.)

　　　　Defendants filed a response on February 10, 2021, indicating that Plaintiff's deposition proceeded as scheduled on January 27, 2021, and concluded that day.  (ECF No. 24.)  Defendants noted that Plaintiff appeared for his noticed deposition on time via videoconference, and did not

1

discuss his pending motion or anything about wanting to reschedule the deposition for another date. Defendants did not receive the electronic notice of filing of Plaintiff's motion or Plaintiff's January 24, 2021 letter requesting a rescheduling until after the deposition concluded. (Id.)

As Plaintiff's deposition has been conducted as scheduled and concluded prior to the discovery deadline, Plaintiff's motion to reschedule his deposition, (ECF No. 22), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **February 11, 2021**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE