

FILED

NOV 06 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOPEZ, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01462-JLT-BAM (PC)<br><br>ORDER THAT INMATE EDDIE HAMILTON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Plaintiff Eddie Hamilton is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　A settlement conference in this matter commenced on November 6, 2023 at California State Prison, Corcoran. Inmate Eddie Hamilton, CDCR #AM-8122, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 11/6/23

_____
UNITED STATES MAGISTRATE JUDGE